UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GERSON OMAR CARRANZA-GUERRERO,

Petitioner,

v.

MINGA WOFFORD, *et al*.,

Respondents.

Case No. 1:26-cv-03501 (VC)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. No. 1

Petitioner Gerson Omar Carranza-Guerrero was, at the time this case was filed, detained at the Mesa Verde Detention Facility pending the resolution of his removal proceedings. He initiated this case by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2241, Dkt. No. 1, in which he alleged that his detention violated the due process clause of the Fifth Amendment, Immigration and Nationality Act ("INA"), Administrative Procedures Act ("APA"), and Fourth Amendment. *Id*. at 17–21. He simultaneously moved for a temporary restraining order, Dkt. No. 2, and the court ordered Respondents to respond to the motion, Dkt. No. 5. The government timely responded, and the Court subsequently granted the TRO, ordering Petitioner's release, and ordering Respondents to show cause why a preliminary injunction should not issue. *See* Dkt. No. 8.

Following Respondents' response to the Court's TRO order—in which they requested to submit on their prior briefing in response to the TRO—the Court entered a preliminary injunction enjoining and restraining Respondents from re-detaining Petitioner without first providing a pre-deprivation hearing. Dkt. No. 10 at 2. It further ordered Respondents to file an

answer to the petition. *Id*. at 3. Respondents timely submitted a further response to the Petition in which they requested to "submit on the existing record and do not request to file any additional arguments or documents." Dkt. No. 13 at 1.

Accordingly, for the reasons indicated in the court's order granting a preliminary injunction, the Petition is GRANTED as to count three of the petition. *See* Dkt. No. 1 at 18–19. And because it is unnecessary to resolve the remaining counts in the petition, the court declines to do so. The preliminary injunctive relief previously granted, Dkt. No. 10, is made permanent.

The Clerk of Court is DIRECTED to close this case and enter judgment for Petitioner.

**IT IS SO ORDERED.**

Dated: September 25, 2026

VINCE CHHABRIA
United States District Judge